# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:06cr24 |
| | § | (Judge Schell) |
| SEAN JEFFERY BOX | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **MODIFIED**. It is further

**ORDERED** that Defendant's supervised release shall be modified as follows: the Defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervision.

**SIGNED this the 28th day of January, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE